Argued and submitted February 25, reversed and remanded April 7, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

EDWARD LEMONT CASE, JR.,
aka Edmond LeMont Case, Jr.,
*Defendant-Appellant.*

Polk County Circuit Court
17CR61289; A171928

484 P3d 1130

Rafael A. Caso, Judge pro tempore.

Rond Chananudech, Deputy Public Defender, argued the cause for appellant. Also on the brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services.

Jordan R. Silk, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Reversed and remanded.

## PER CURIAM

A nonunanimous jury found defendant guilty of first-degree sexual abuse, ORS 163.427. On appeal, defendant argues that the trial court erred by denying his motion for judgment of acquittal, erred by admitting hearsay statements under OEC 803(18a)(b), and plainly erred by allowing the victim's mother to comment on the credibility of the victim. We reject the argument on the motion for judgment of acquittal without discussion, and because we ultimately reverse and remand for the reasons explained below, do not reach the other two arguments.

Defendant asserts that the trial court plainly erred in instructing the jury that it need not reach unanimous verdicts and contends that, because the jury returned a nonunanimous verdict, his conviction must be reversed in light of *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020). The state, for its part, concedes that both the instruction and judgment based on the nonunanimous verdict were in error. We agree, accept the state's concession, and for the reasons explained in *State v. Ulery*, 366 Or 500, 464 P3d 1123 (2020), exercise our discretion to correct the error.

Reversed and remanded.